# In the United States District Court
## For the Southern District of Georgia
### Brunswick Division

GARY CHARLES BRESTLE,              *
                                   *
      Petitioner,                  *          CIVIL ACTION NO.: 2:15-cv-54
                                   *
      v.                           *
                                   *
WARDEN J. V. FLOURNOY,             *
                                   *
      Respondent.                  *

## ORDER

Presently before the Court is the Magistrate Judge's March 18, 2016, Report and Recommendation, dkt. no. 51, to which Petitioner has filed Objections, dkt. nos. 52, 53, 54. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Petitioner's Objections.

Consequently, Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, is **DISMISSED**. Additionally, the Court **DENIES** Petitioner leave to appeal *in forma pauperis* and **DENIES** all pending motions as moot.

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 23 day of May, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA